UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:18-cr-00120-SEB-MJD |
| KRISTOPHER HASKINS, | ) ) ) | | - 01 |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On May 24, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 29, 2024, and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on May 14, 2024. [Dkts. 72 & 76.] Defendant Haskins appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Peter Blackett, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

 1. The Court advised Defendant Haskins of his rights and ensured he had a copy of the Petition and the Supplemental Petition. Defendant Haskins orally waived his right to a preliminary hearing.

 2. After being placed under oath, Defendant Haskins admitted Violation Nos. 4 and 6 as set forth in the Petition and the Supplemental Petition. [Dkts. 72 & 76.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the Petition and the Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On April 19, 2024, Mr. Haskins submitted a urine specimen which confirmed positive for cannabinoids and cocaine. On April 13, 2024, Abbott Laboratory confirmed a positive drug test for phencyclidine (PCP) from a urine specimen the offender submitted on April 4, 2024. |
| | As noted in previous violation petitions, Mr Haskins tested positive for PCP on February 27, 2024, as well as November 14, September 25, August 21, August 15, August 2, July 20, July 5, and January 5, 2023. On September 25, February 6, and January 5, 2023, Mr. Haskins submitted urine specimens which tested positive for cannabinoids. |
| 6 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On April 19, 2024, Mr. Haskins submitted a urine specimen which tested positive for Amphetamines. On April 29, 2024, Abbott Laboratory confirmed the test positive for Amphetamines and Methamphetamine. Additionally, on May 2, 2024, Abbott Laboratory confirmed that specimen as positive for Phencyclidine. |

4. The Court found that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months incarceration with 12 months of supervised release to follow. Defendant requested placement at an appropriate

facility--other than USP Big Sandy, Kentucky--that is closest to Indianapolis, Indiana, with both substance abuse and mental health treatment and counseling.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation Nos. 4 and 6 of the Petition and the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 18 months, with 12 months of supervised release to follow. In addition, the Magistrate Judge recommends Defendant's placement at an appropriate facility--other than USP Big Sandy, Kentucky--that is closest to Indianapolis, Indiana, with both substance abuse and mental health treatment and counseling.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. Justification: This condition is an administrative requirement of supervision.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer. Justification: This condition is an administrative requirement of supervision.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer. Justification: This condition is an administrative requirement of supervision

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. Justification: This condition is an administrative requirement of supervision.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. Justification: This condition is an administrative requirement of supervision.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. Justification: This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.

12. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer, and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer. Justification: This condition will help ensure the defendant's mental health needs are identified and addressed.

13. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage. Justification: This condition will address the defendant's history of substance abuse.

14. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may

include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods. Justification: This condition will help ensure compliance with a drug-free lifestyle.

15. You shall not use or possess alcohol. Justification: Mr. Haskins has an alcohol related conviction and the presentence report notes the offender admitted consuming alcohol when stressed. This condition will help ensure Mr. Haskins' does not put himself or community at risk with alcohol abuse.

16. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. Justification: This condition will help ensure legitimacy of employment earnings.

17. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

Defendant reviewed the above noted conditions with his attorney and waived reading of the conditions on the record.

Defendant Haskins was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

Dated: 28 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system