UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00120-SEB-MJD |
| | ) | |
| KRISTOPHER HASKINS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J Dinsmore's Report and Recommendation that Kristopher Haskins's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of eighteen (18) months, with twelve (12) months of supervised release to follow. The Court recommends Defendant's placement at an appropriate facility--other than USP Big Sandy, Kentucky--that is closest to Indianapolis, Indiana, with both substance abuse and mental health treatment and counseling.  In addition to the mandatory conditions of supervision, the conditions of supervised release outlined in the Magistrate Judge's Repot and Recommendation will be imposed.

**SO ORDERED.**

Date: _6/13/2024_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO