UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00120-SEB-MJD |
| | ) | |
| KRISTOPHER HASKINS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A Baker's Report and Recommendation that

Kristopher Haskins's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of twenty-one (21) months in the custody of the Attorney

General or his designee, with no supervised release to follow. The Court recommends placement

at Federal Prison Camp, Terre Haute, Indiana.

**SO ORDERED.**

Date: ___4/15/2026___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO